SECOUNDA LAWSON
4372 Melrose Abbey Place
Las Vegas, Nevada 89141
(702) 274-1721
Plaintiff in Proper Person

2009 FEB -2 P 2: 40

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECOUNDA LAWSON<br><br>Plaintiff,<br><br>v.<br><br>MERIDIAS CAPITAL, INC.; COUNTRYWIDE HOME LOANS, CTC; and DOES I – X, inclusive<br><br>Defendants. | CASE NO.: 2:09-cv-0067-PMP-PAL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

COMES NOW Plaintiff SECOUNDA LAWSON, *in proper person*, and in response to the Motion to Dismiss Complaint filed by Defendant COUNTRWIDE HOME LOANS, hereby agrees to voluntarily dismiss her Complaint on file herein pursuant to FRCP Rule 41, *Dismissal of Actions*, which states in pertinent part:

(a) Voluntary Dismissal.

(1) By the Plaintiff.

(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;....

Plaintiff is voluntarily dismissing this case at this time because since the filing of this action, Defendant COUNTRYWIDE, through its counsel, has agreed to work with Plaintiff to resolve this matter and is currently in the process of providing Plaintiff with loan modification documents. Therefore, because Plaintiff is hopeful that the basis for her action may be capable of resolution without the need for litigation, Plaintiff has decided not to pursue her case at this time. Plaintiff only requests that her case be dismissed without prejudice pursuant to FRCP 41 in order to protect her rights in the event that Defendant(s)' dealings with her prove not to be undertaken in good faith.

WHEREFORE, Plaintiff SECOUNDA LAWSON respectfully requests that this case be dismissed without prejudice pursuant to FRCP 41.

DATED this 2nd day of February, 2009.

*[signature]*
SECOUNDA LAWSON
4372 Melrose Abbey Place
Las Vegas, Nevada 89141
(702) 274-1721
Plaintiff in Proper Person

Prepared by:

*[signature]*
Denise Mikrut, Esq.
Nevada Bar No. 006743
1408 S. Jones Blvd.
Las Vegas, Nevada 89146
(702) 475-2135

2

## **CERTIFICATE OF MAILING**

     I hereby certify that on the _____ day of February, 2009, I caused to be served a true and correct copy of NOTICE OF VOLUNARY DISMISSAL by placing a copy in the U.S. mail, postage prepaid, and addressed to the following parties:

J. Christopher Jorgensen, Esq.
Lewis and Rocca, LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Attorneys for Defendant Countrywide

Joseph Went, Esq.
Kolesar & Leatham, Chtd.
3320 W. Sahara Ave., Suite 380
Las Vegas, Nevada 89102
Attorneys for Defendant Meridias Capital, Inc.

                                        _/s/ Secounda Lawson_
                                        Secounda Lawson